**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01447-CMA
Criminal Action No. 12-cr-00181-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SIKIRU A. FADEYI,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Judge Christine M. Arguello entered on July 3, 2014 it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 (Docket No. 135 filed May 22, 2014) is denied. The instant civil action is dismissed with prejudice because Mr. Fadeyi's claims are procedurally barred.  It is further

ORDERED that no certificate of appealability will issue. It is further

ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is further

ORDERED that the Mr. Fadeyi's request for recusal of Judge Christine M. Arguello is denied. It is further

ORDERED that Mr. Fadeyi's requests for *in forma pauperis* status and appointment of counsel are denied as moot.

Dated at Denver, Colorado this 3rd day of July, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   A. Thomas
_____

Deputy Clerk